PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LINN DUARTE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-01315-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record be extended 30 days to and including February 21, 2017.  This is Defendant's first request for an extension of time.  This extension is needed so that Defendant may consult with the Appeals Council regarding a record in the administrative record which appears to belong to another individual and which is unrelated to the merits of this case.

    The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  January 20, 2017                LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Lynn Harada for Brian Shapiro*\*
(*as authorized via email on 1/20/17)
BRIAN SHAPIRO
Attorney for Plaintiff

Dated: January 20, 2017                 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  Lynn Harada
LYNN HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation outlined above, the Commissioner shall file the administrative record no later than **February 21, 2017**.  All other dates in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:  **January 24, 2017**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE